BASILIO RICCIARDELLI, as Administrator of the Estate of ANTONIO RICCIARDELLI, Deceased, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Ricciardelli* v. *N. Y. C. & H. R. R. R. Co.*, 165 App. Div. 152, affirmed.
(Argued October 25, 1916; decided November 21, 1916.)

APPEAL from a judgment, entered April 14, 1915, upon an order of the Appellate Division of the Supreme Court

in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of the defendant. Plaintiff's intestate was killed at the Van Cortlandt Park station of the defendant by a north-bound train, as he was crossing the north-bound tracks, his intention being to board the train as a passenger.

*Louis Steckler* and *Isidor Frey* for appellant.

*Robert A. Kutschbock* and *Alexander S. Lyman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.